## HUTCHESON *against* JOHNSON.

*Wednesday, September 14th.*
*A rule to shew cause of action is well served upon the plaintiff's attorney.*

IN this case *S. Levy* for the defendant obtained a rule upon the plaintiff to shew his cause of action, and why the defendant should not be discharged on common bail. The rule was returnable to *Friday* the 9th, but was then enlarged to this day, when *Moylan* the attorney of the plaintiff upon record, who had been unable to communicate with his client, objected to the service of the rule, which had been made personally upon him, and not upon the plaintiff.

Per CURIAM. The practice of this court is that a rule to shew cause of action is well served upon the attorney in the suit. It is not necessary that service should be on the plaintiff personally; but if he lives out of the state, the court under proper circumstances will grant time. As such circumstances have been suggested here, the court make the rule absolute unless cause be shewn during the term.